**Opinion issued March 11, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00594-CV

———————————

**GOD'S ABLE, LLC, Appellant**

**V.**

**LENDARC, LLC, Appellee**

---

**On Appeal from the County Court at Law No. 1 & Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. CI67071**

---

## MEMORANDUM OPINION

Appellant God's Able, LLC has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal

of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.